**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 16-cr-67 (KBJ) |
| | ) | |
| NEIL STEWART, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF CONSIDERATION OF SENTENCING STATISTICS**

In connection with the defendant's sentencing, the Court has considered the attached statistics that the United States Sentencing Commission has provided in response to a request for data regarding the sentences relative to the Guidelines range for offenders sentenced under U.S.S.G. § 2G2.2, who were convicted under 18 U.S.C. § 2252A(a)(5)(B) and were determined to be in Criminal History Category I, and received (1) a two-level increase for material involving a pre-pubescent minor or a minor under twelve years old, (2) a two-level increase for distribution of pornography, (3) a four-level increase for material involving depictions of violence, (4) a two-level increase for an offense involving a computer, (5) a five-level increase for possessing 600 or more images, and (6) a three-level reduction for acceptance of responsibility.


DATE:  February 16, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge