## Selected Sentencing Information for Offenders Convicted of
## 18 U.S.C. §2252A(a)(5)(B)[1]

### Fiscal Years 2011 through 2015
### National

|  | National |  |
|---|---|---|
| **Total Number of Offenders** |  | 345 |
| **Sentence Relative to the Guideline Range** | **Number** | **Percent** |
| Within Range | 76 | 22.0 |
| Above Range | 2 | 0.1 |
| §5K1.1 Substantial Assistance | 4 | 1.2 |
| Other Gov't Sponsored Below Range | 45 | 13 |
| Non-Gov't Sponsored Below Range | 218 | 63.2 |
|  |  | **Average Sentence Length[2]** |
| **Sentence Length** |  | **Months** |
| Overall |  | 61 |
| Within Range |  | 103 |
| Above Range |  | - |
| §5K1.1 Substantial Assistance |  | 40 |
| Other Gov't Sponsored Below Range |  | 41 |
| Non-Gov't Sponsored Below Range |  | 50 |

[1] Offenders sentenced under §2G2.2 (Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, Soliciting, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor), with complete guideline application information, and who received adjustments for: material involving a minor under 12 years old (two levels); offense involved distribution of pornography (two levels); material involved depictions of violence (four levels); offense involved a computer (two levels); offense invovled 600 or more pornographic images (five levels); the defendants accepted responsibility (three level decrease) and were determined to be in Criminal History Category I were included in this analysis.

[2] Calculations of the average sentence include sentences of probation as zero months and any term of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2011 - 2015 Datafiles, USSCFY11-USSCFY15.

**Selected Sentencing Information for Offenders Convicted of**
**18 U.S.C. §2252A(a)(5)(B)[1]**

**Fiscal Years 2011 through 2015**
**District of Columbia Circuit**

|  | DC Circuit | |
|---|---|---|
| **Total Number of Offenders** | | 9 |
| **Sentence Relative to the Guideline Range** | **Number** | **Percent** |
| Within Range | 1 | 11.1 |
| Above Range | 0 | 0.0 |
| §5K1.1 Substantial Assistance | 2 | 22.2 |
| Other Gov't Sponsored Below Range | 1 | 11.1 |
| Non-Gov't Sponsored Below Range | 5 | 55.6 |
|  | | **Average Sentence Length[2]** |
| **Sentence Length** | | **Months** |
| Overall | | 42 |
| Within Range | | - |
| Above Range | | - |
| §5K1.1 Substantial Assistance | | - |
| Other Gov't Sponsored Below Range | | - |
| Non-Gov't Sponsored Below Range | | 39 |

[1] Offenders sentenced under §2G2.2 (Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, Soliciting, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor), with complete guideline application information, and who received adjustments for: material involving a minor under 12 years old (two levels); offense involved distribution of pornography (two levels); material involved depictions of violence (four levels); offense involved a computer (two levels); offense invovled 600 or more pornographic images (five levels); the defendants accepted responsibility (three level decrease) and were determined to be in Criminal History Category I were included in this analysis.

[2] Calculations of the average sentence include sentences of probation as zero months and any term of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2011 - 2015 Datafiles, USSCFY11-USSCFY15.